425 A.2d 741

**COMMONWEALTH of Pennsylvania**

v.

**Kenneth WORRELL.**

**Appeal of Nino V. TINARI, Esq.**

Supreme Court of Pennsylvania.

Argued Jan. 22, 1981.

Decided Feb. 27, 1981.

Nino V. Tinari, pro se, Vincent P. DiFabio, Philadelphia, for appellant.

Stephen B. Harris, Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Order of the Court of Common Pleas of Bucks County is affirmed.